995 F.2d 218
 Sanders (Roger, Jason, Jennifer) by Graziano (Ronald A.)
v.
Sanders (Florence), Sweeney (James), Fox (Linda),
Braithwaite (Dennis J.), Himmelberger (John G., Jr.),
Perskie (Steven), Pressler (Judge), Bilder (Judge), Raskin
(Mona R., Esq.), Goldenberg, Mackler & Sayegh, Gentile
(James P., Esq.), Zarych (John J.), Gross (Gerard C.), Doe
(John, Mary), ABC Corporation, DEF Corporation, Kinglsey
(Raymond, Ph.D), Charley (Susan), Sanders (Malcolm J.)
 NO. 92-5408
 United States Court of Appeals,
Third Circuit.
 May 11, 1993
 
 Appeal From: D.N.J.,
 Bassler, J.
 
 
 1
 AFFIRMED.